UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-10219-DMG (PJW) | Date | June 12, 2014 |
|---|---|---|---|
| Title | *Nadine Hays v. Los Angeles Police Department, et al.* | | |

Present: The Honorable   Patrick J. Walsh, U.S. Magistrate Judge

| Jacob Yerke | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendants:

N/A                                                                       N/A

**Proceedings:**   Plaintiff's Request that the Court Reconsider its Decision re: Recording of Mental Examination (Doc. No. 92.)

Before the Court is Plaintiff's request that the Court reconsider its decision to only allow portions of the mental examination to be audio recorded. (Doc. No. 92.) That request is denied. The Court issued a decision on the recording of the examination on May 15, 2014. (Doc. No. 75.) One day later, Plaintiff requested that the Court reconsider its decision regarding video recording. (Doc. No. 78.) The Court declined to modify its prior ruling then and declines to do so here in response to Plaintiff's latest request. (*See* Doc. No. 80.)

cc:
Nadine Hays
370 Highland Hills Dr.
Camarillo, CA 93010

Elizabeth Greenwood
Los Angeles City Attorney's Office, City Hall East
200 North Main Street 6th Floor
Los Angeles, CA 90012

Lisa Garner
Hilary Erin Feybush
Gordon & Rees LLP
633 West Fifth Street 52nd Floor
Los Angeles CA 90071

S:\PJW\Cases-Civil Rights\HAYS 12-10219\MO_ind exam reconsider.wpd

:

Initials of Preparer   sr