## DECLARATION OF ELIZABETH GREENWOOD

I, ELIZABETH GREENWOOD, declare as follows:

1. I am an attorney at law, duly licensed to practice law all the courts of the State of California. I am employed as a Deputy City Attorney for the City of Los Angles in the Police Litigation Unit, and I am the attorney of record for City of Los Angeles, the Los Angeles Police Department, the Board of Police Commissioners and the individually named Officers in this matter. I have personal knowledge of the information set forth below, except those things set forth on information and belief, and as to those this, I believe them to be true.

2. On May 24, 2014, I broke my leg in two places. While I received an x-ray, a diagnosis and a splint at the emergency room, because it was Memorial Day weekend I was unable to see an orthopedist until Tuesday, May 27, 2014. The emergency room doctor placed me off work for the week. I nonetheless came into the office the following two days for Plaintiff's scheduled depositions.

3. On June 7, 2014, there was a death in my family and I was out of the office that entire week.

4. On June 11, 2014, Plaintiff filed a Notice and Motion for Summary Adjudication for Cause of Action #3 False Arrest and Imprisonment with a motion hearing date of July 16, 2014, Defendants' opposition to that motion is due June 25, 2014.

5. I emailed Plaintiff to inform her of this request to extend time to respond. A true and correct copy of the email is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and to those issues where .

Executed on June 17, 2014, at Los Angeles, California.

_____
ELIZABETH GREENWOOD, Declarant

4