

Elizabeth Greenwood <elizabeth.greenwood@lacity.org>

# Motion timing

2 messages

---

**Elizabeth Greenwood** <elizabeth.greenwood@lacity.org>  Tue, Jun 17, 2014 at 6:50 PM
To: Nadine Hays <nadinehays@aol.com>, Hilary Feybush <hfeybush@gordonrees.com>, Lisa Garner <lgarner@gordonrees.com>, Margarit Avesyan <margarit.avesyan@lacity.org>

Mrs Hays,

Please allow this letter to serve as a meet and confer regarding the Defendants City of Los Angeles', Los Angeles Police Department's, Los Angeles Board of Police Commissioners', Robert Taylor's and the individual Officers' (collectively referred to herein as "Defendants") request for an extension of time to respond to your Motion for Summary Adjudication for Cause of Action #4: False Arrest and Imprisonment.

As you know, I am counsel for the City Defendants. In the last month I experienced a medical event and a death in the family that have kept her from the office for approximately three weeks. Because of these events there is insufficient time to adequately respond to the motion, and I will be asking the court for a brief extension, specifically to move the motion hearing date to August 22, 2014 and adjust the filing dates accordingly.

Please email me at elizabeth.greenwood@lacity.org if you have any questions.

Sincerely,

Elizabeth Greenwood

---

**Nadine Hays** <nadinehays@aol.com>  Tue, Jun 17, 2014 at 8:18 PM
To: Elizabeth Greenwood <elizabeth.greenwood@lacity.org>, Hilary Feybush <hfeybush@gordonrees.com>, Lisa Garner <lgarner@gordonrees.com>, Margarit Avesyan <margarit.avesyan@lacity.org>

Civil motion dates for Walsh are Wed, Thur, and Fri. Aug 22 is a Tuesday. Do you want Aug 24 or 25 (I am booked on the 23rd)? I may even ask for it to be pushed into the next week, depending on when I can have the hip surgery.

Isn't getting old great???!!!

No problem. Let me know what works for you.

Nadine Hays

Exhibit - A - Page - 6

**From:** Elizabeth Greenwood [mailto:elizabeth.greenwood@lacity.org]
**Sent:** Tuesday, June 17, 2014 6:51 PM
**To:** Nadine Hays; Hilary Feybush; Lisa Garner; Margarit Avesyan
**Subject:** Motion timing

[Quoted text hidden]

*****************Confidentiality Notice ************************

This electronic message transmission contains information

from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,

distribution or use of the content of this information is prohibited.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.

******************************************************************

Exhibit - A - Page - 7