**MICHAEL N. FEUER**, City Attorney - SBN 111529x
**THOMAS H. PETERS**, Chief Assistant City Attorney - SBN 163388
**CORY M. BRENTE,** Supervising Assistant City Attorney - SBN 115453
**ELIZABETH GREENWOOD**, Deputy City Attorney - SBN 178010
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Email: Elizabeth.Greenwood@lacity.org
Phone No.: (213) 978-7025, Fax No.: (213) 978-8785

Attorneys for Defendants **Los Angeles Police Department, Michael Brausam, Ronald Crump, Jason De La Cova, Derrick Dominguez, Pete Echavarria, Horace Frank, Larry Guillen, Kevin Montgomery, Javier Navarro, Derrick Prude, Jorge Rodriguez, Donald Schwartzer, Alex Vargas, and Andrew Vergara Jr.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADINE HAYS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOS ANGELES POLICE DEPARTMENT (LAPD), LOS ANGELES BOARD OF POLICE COMMISSIONERS, BANK OF AMERICA, AND THE FOLLOWING INDIVIDUALS, ALL BEING SUED AS INDIVIDUALS AND IN THEIR PROFESSIONAL CAPACITY; OFFICER NAVARRO, #31587, OFFICER ESCHAVARRIA, #34633, OFFICER PRUDE, #34814, OFFICER GUMP, #33303, OFFICER FOWLER, OFFICER CORONADO, OFFICER BIRCH, OFFICER VERGARA, CAPTAIN RODRIQUEZ, OFFICER MONTGOMERY, OFFICER GILLEM, OFFICER DOMINGUEZ, #39968, CAPTAIN HORACE FRANK, DETECTIVE BRAUSAM, DETECTIVE MACIAS, DETECTIVE DELGADO, CAPTAIN DON SCHWARTZER, DETECTIVE DE LA COVA, ALEX VARGAS, ROBERT TAYLOR, #3866 and DOES 1-30,<br><br>　　　　　　Defendants.<br>_____ | CASE NO.: **CV12-10219 DMG (PJW)**<br>*Judge:*　　**Hon. Dolly M. Gee, Ctrm. 7**<br>*Magistrate:* **Hon. Patrick J. Walsh, Ctrm. 23**<br><br><br>**[PROPOSED] ORDER RE: DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION TO CAUSE OF ACTION #4, PURSUANT TO FRCP RULE 6(a)** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

The motion cut off date be moved to July 31, 2014, to allow time for the Defendants' to file a motion for summary judgment.

**IT IS SO ORDERED.**

Dated: _____      _____

**Honorable Patrick J. Walsh**

**United States Magistrate Judge**

2