UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS,<br><br>               Plaintiff,<br><br>     v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>               Defendants. | Case No. CV 12-10219-DMG (PJW)<br><br>ORDER ACCEPTING FINAL REPORT RE: PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary adjudication, the records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that Plaintiff's motion for summary adjudication is denied as to the March 8, 2012 arrest and that

//

//

//

//

Defendants are granted summary judgment on the issue of whether they had probable cause to arrest her on April 25, 2012.

DATED: December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\LA12CV10219DMG(PJW)_Hays_ord.wpd