UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-10219-DMG (PJW) | Date | June 3, 2015 |
|---|---|---|---|
| Title | *Nadine Hays v. Los Angeles Police Department, et al.* | | |

Present: The Honorable   Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   Plaintiff's Request for Clarification of Scheduling Order (Doc. No. 223.)

    Before the Court is Plaintiff's request for a clarification of the Court's scheduling order dated April 28, 2014. (Doc. No. 223.) Therein, Plaintiff requests clarification as to when discovery closed in this action. The discovery cut-off date was May 5, 2014. The Court made an exception, however, for the parties to conduct certain depositions past the cut-off date, although it required that those depositions also be noticed no later than May 5, 2014.

S:\PJW\Cases-Civil Rights\HAYS 12-10219\MO discovery cutoff.wpd

    0  :  00

Initials of Preparer   sr