**MICHAEL N. FEUER**, City Attorney - SBN 111529x
**THOMAS H. PETERS**, Chief Assistant City Attorney - SBN 163388
**CORY M. BRENTE,** Supervising Assistant City Attorney - SBN 115453
**ELIZABETH GREENWOOD**, Deputy City Attorney - SBN 178010
200 North Main Street 6th Floor, City Hall East
Los Angeles, CA  90012
Email: Elizabeth.Greenwood@lacity.org
Phone No.: (213) 978-7025, Fax No.: (213) 978-8785

Attorneys for Defendants **Los Angeles Police Department, Michael Brausam, Ronald Crump, Jason De La Cova, Derrick Dominguez, Pete Echavarria, Horace Frank, Larry Guillen, Kevin Montgomery, Javier Navarro, Derrick Prude, Jorge Rodriguez, Donald Schwartzer, Alex Vargas, and Andrew Vergara Jr.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES POLICE DEPARTMENT (LAPD), et al.<br><br>    Defendants.<br>_____ | CASE NO.: **CV12-10219 DMG (PJW)**<br>*Judge:*        **Hon. Dolly M. Gee, Ctrm. 7**<br>*Magistrate:*  **Hon. Patrick J. Walsh, Ctrm. 23**<br><br>**NOTICE OF LODGING PROTECTIVE ORDER RE USE OF FORCE INVESTIGATION REPORT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

   PLEASE TAKE NOTICE THAT Defendants, hereby lodge the following [Proposed] Protective Order re in Camera Reviewed Internal Affairs Report(s).


DATED: June 5, 2015

                         **MICHAEL N. FEUER,** City Attorney
                         **THOMAS H. PETERS**, Chief Asst. City Attorney
                         **CORY M. BRENTE,** Supv. Assistant City Attorney
                         **ELIZABETH GREENWOOD**, Deputy City Attorney

                         By:    /S/ - *Elizabeth Greenwood*
                                 **ELIZABETH GREENWOOD** Deputy City Attorney
                                 Attorneys for Defendants