UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS,<br><br>          Plaintiff,<br><br>     v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No. CV 12-10219-DMG (PJW)<br><br>ORDER ACCEPTING REPORT RE: DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for judgment on the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendant Vergara's motion for judgment on the pleadings is granted and the case against him is dismissed without prejudice.  It is further ordered that the remaining Defendants' motion for summary adjudication of Plaintiff's

1 | unexhausted tort claims is hereby granted as to those claims
2 | specified in the Report and Recommendation.
3 |
4 | DATED: January 12, 2016
5 |
6 |                                    _____
7 |                                           DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 | C:\Users\ivaldes\Desktop\LA12CV10219DMG(PJW)_Hays_ord.wpd
28 |