JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NADINE HAYS, | ) | CASE No. CV 12-10219-DMG(PJW) |
|---|---|---|
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| LOS ANGELES POLICE DEPT., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order granting Plaintiff's Motion to Dismiss Action,

IT IS ADJUDGED that the action is dismissed with prejudice. The parties shall bear their own costs.

DATED:  June 27, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE